389 A.2d 177

Commonwealth v. Perry, Appellant.

■■■ Submitted December 6, 1976. Allen N. Abrams, for appellant; Laurence H. Brown, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Order affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.